# THE MARKS LAW FIRM, P.C.

November 12, 2019

**Filed via ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*ADJOURNED TO WEDNESDAY,
JANUARY 8, 2020, AT 4:30PM.
SO ORDERED.*

*[signature]*

*U S D J*

*11/14/19*

RE:   Eugene Duncan v. Real Hospitality Group, LLC
Index: 19-cv-07288-JGK

## REQUEST FOR ADJOURNMENT

Dear Judge Koeltl,

Plaintiff respectfully requests an adjournment of the Initial Conference for the above referenced matter currently scheduled for November 21, 2019.

On 10/22/2019, Plaintiff filed an amended complaint naming Chilled Properties LLC and summons was issued on 10/23/2019. Plaintiff is currently in the process of serving Chilled Properties. Therefore, Plaintiff requests that the Initial Conference be adjourned until service is completed and Defendant has time to appear, answer or otherwise move. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _11-15-19_

Regards,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com